**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                               Case No. 04-CR-80391

DEWAYNE BOYD,

       Defendant.
_____/

**ORDER DENYING DEFENDANT'S "MOTION TO DISMISS INDICTMENT"**

Defendant has filed a "Motion to Dismiss Indictment" in this closed case. The motion alleges a "fraud [that] constitutes a wrong theory of the criminology of the case," but merely rehashes matters already decided, e.g., claims that the government misled the Grand Jury with false testimony and evidence wrongfully obtained. It fails to present anything new or worthy of further comment.

IT IS ORDERED that Defendant's "Motion to Dismiss Indictment" is DENIED.

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: April 27, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 27, 2010, by electronic and/or ordinary mail.

                                          s/Lisa G. Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522